STEARNS v. FARRAND.

(City Court of New York, General Term.   July 18, 1899.)

BAILMENT—DELIVERY OF GOODS BY ORDER OF OWNER TO EXPRESS COMPANY
—LIABILITY.
    Where goods are left by the owner with a third person, with directions
    to send them to a certain place by express, and such person sends them
    by the only express company carrying goods to such place, his liability as
    bailee terminates on delivery of the goods to the company.

Appeal from special term.

Action by Walker C. Stearns against Oliver M. Farrand.   From a judgment on a verdict directed by the court for plaintiff, defendant appeals.   Reversed.

Argued before McCARTHY, CONLAN, and O'DWYER, JJ.

Rosemon & Marshall, for appellant.

Hitchings, Palliser, & Moen, for respondent.

McCARTHY, J.   This is an appeal from a judgment on a verdict directed by the court.   The action is for negligence.   The testimony in the case shows that, when the plaintiff left the rings with defendant, he ordered them to be shipped by express, and that the only express company carrying goods between New York and Fredericksburg was the Adams Express Company.   Under this direction of the plaintiff to send by the express company, the agent of the plaintiff, all the defendant was bound to do was to carry out this direction.   Then his liability terminated.   It is certain, from the evidence presented, that the defendant did this.   The defendant, as bailee, having performed his full duty in regard to the goods in question, his liability then certainly ceased.   See Story, Bailm. §§ 257, 259.   For this alone the judgment should be, and is hereby, reversed, and a new trial ordered, with costs and disbursements to the defendant to abide the event.   All concur.